IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SPENCER BRADLEY KRAFT,<br><br>    Defendant. | Case No.  4:12-CR-068-BLW<br><br>**ORDER** |

    The Court has before it a motion for early termination of supervised release. The U.S. Attorney's Office and the Probation Office have both informed the Court that they have no objection to the motion. Finding good cause therefore,

    NOW THEREFORE IT IS HEREBY ORDERED, that the term of supervised release is hereby TERMINATED.



DATED:  **July 5, 2013**

Honorable B. Lynn Winmill
Chief U. S. District Judge

Order - 1